IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CARL T. COLDIRON | * | Case No. 3:04 CV 07750 * |
| Plaintiffs, | * | JUDGE CHRISTOPHER A. BOYKO |
| vs. | * | |
| DEBRA TIMMERMAN-COOPER | * | |
| Defendant | * | ORDER |

On April 20, 2007, Petitioner Carl T. Coldiron, filed a REQUEST FOR OFFICIAL DECISION, (Doc.#37), requesting clarification of non-document Order, dated January 25, 2007, denying MOTION FOR SUBPOENA DUCES TECUM FOR OFFICIAL TRIAL TRANSCRIPT AND TAPE RECORDING OF TRIAL, WITH REQUEST FOR IN CAMERA INSPECTION, (Doc# 35).

The motion is DENIED and the non-document Order of January 25, 2007 denying MOTION FOR SUBPOENA DUCES TECUM FOR OFFICIAL TRIAL TRANSCRIPT AND TAPE RECORDING OF TRIAL, WITH REQUEST FOR IN

CAMERA INSPECTION is denied .based on reasoning set forth in the Magistrate Judge's Order (Doc.#30)

IT IS SO ORDERED.

DATE: May 17, 2007

*Christopher A. Boyko*
JUDGE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT COURT

FILED

MAY 17 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND